UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DELMAR C. WOODAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:12-CV-357-D** |
| CAROLYN W. COLVIN, Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) with a remand of the cause to the Commissioner for further proceedings.

**This Judgment Filed and Entered on November 17, 2015, and Copies To:**

| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF Notice of Electronic Filing) |
| Wanda D. Mason | (via CM/ECF Notice of Electronic Filing) |

DATE:  
November 17, 2015

JULIE RICHARDS JOHNSTON, CLERK  
(By) /s/ Crystal Jenkins  
Deputy Clerk