| | |
|---|---|
| DELMAR WOODALL,<br>      Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:12-CV-357-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff the sum of $2,758.00, sent to Plaintiffs Counsel's office address, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

**This Judgment Filed and Entered on February 25, 2016, and Copies To:**

| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF Notice of Electronic Filing) |
| Wanda D. Mason | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE:<br>February 25, 2016 | JULIE RICHARDS JOHNSTON, CLERK<br>(By)  /s/ Nicole Briggeman<br>     Deputy Clerk |